# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD P. CLIFFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UPONOR, INC., et al.,<br><br>Defendants. | Case No.:  25-cv-1286-BJC-DDL<br><br>**ORDER GRANTING, IN PART, JOINT MOTION TO MODIFY BRIEFING SCHEDULE**<br><br>**[ECF No. 19]** |

Before the Court is the parties' Joint Motion to Modify the Briefing Schedule Regarding Plaintiff's Motion to Compel Arbitration.  ECF No. 19.  The parties seek to modify the briefing schedule "due to the nature and complexity of the issues raised in the Motion." *Id.* at 2.  The parties state that additional time will allow counsel "to fully and adequately prepare their respective filings." *Id.*  Plaintiff seeks a 15-day extension to file its response to the Motion to Compel Arbitration.  *Id.*  For good cause shown, Plaintiff's request is **GRANTED**.  Plaintiff's response must be filed on or before **August 20, 2025**.

Additionally, Defendant asks for a 36-day extension to file its reply brief.  Defendant has not provided sufficient information to warrant such a long extension.  Accordingly, Defendant's request is **GRANTED IN PART**.  Defendant is granted a 22-day extension

25-cv-1286-BJC-DDL

to file its reply brief.  Defendant's reply must be filed on or before **September 3, 2025**.

**IT IS SO ORDERED**.

Dated:  July 29, 2025

Honorable Benjamin J. Cheeks
United States District Judge

25-cv-1286-BJC-DDL