David M. Birka-White (SBN 85721)
dbw@birka-white.com
**BIRKA-WHITE LAW OFFICES**
178 E. Prospect Avenue
Danville, California 94526
(925) 362-9999 (tel.)
(925) 362-9970 (fax)

Daniel L. Rottinghaus (SBN 131949)
drottinghaus@berdingweil.com
Scott M. Mackey, CA SBN 222217
smackey@berdingweil.com
**BERDING & WEIL LLP**
2175 N. California Blvd, Suite 500
Walnut Creek, California 94596
925/838-2090 (tel.)
925/820-5592 (fax)

Charles E. Schaffer (76259 (*pro hac vice*)
cschaffer@lfsblaw.com
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, 5th Floor
Philadelphia, Pennsylvania 19106
(215) 592-1500 (tel.)
(215) 592-4663 (fax)

Adam E. Polk (273000)
apolk@girardsharp.com
Trevor T. Tan, SBN 281045
ttan@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800 (tel.)

Attorneys for Plaintiff
EDWARD P. CLIFFORD,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD P. CLIFFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPONOR, INC; and DOES 1 through 100, inclusive, whose true names are unknown,<br><br>Defendants.     / | Case No.  3:25-cv-01286 BJC-DDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Hon. Benjamin J. Cheeks** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Edward P. Clifford voluntarily dismisses this action without prejudice.

Dated: March 26, 2026        **BIRKA-WHITE LAW OFFICES**

By: */s/ David M. Birka-White*
    David M. Birka-White

David M. Birka-White, SBN 85721
dbw@birka-white.com
BIRKA-WHITE LAW OFFICES
178 E. Prospect Avenue
Danville, California 94526
(925) 362-9999 (tel.) / (925) 362-9970 (fax)

**BERDING & WEIL LLP**
Daniel L. Rottinghaus, SBN 131949
drottinghaus@berdingweil.com
Scott M. Mackey, SBN 222217
smackey@berdingweil.com
BERDING & WEIL LLP
2175 N. California Blvd, Suite 500
Walnut Creek, California 94596
925/838-2090 (tel.) / 925/820-5592 (fax)

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, SBN 76259 (*pro hac vice*)
cschaffer@lfsblaw.com
LEVIN SEDRAN & BERMAN
510 Walnut Street, 5th Floor
Philadelphia, Pennsylvania 19106
(215) 592-1500 (tel.) / (215) 592-4663 (fax)

**GIRARD SHARP LLP**
Adam E. Polk, SBN 273000
apolk@girardsharp.com
Trevor T. Tan, SBN 281045
ttan@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400

Birka-White Law Offices
178 E. Prospect Avenue
Danville, CA 94526
(925) 362-9999

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

San Francisco, CA 94108
(415) 981-4800 (tel.)

Attorneys for Plaintiff
EDWARD P. CLIFFORD,
on behalf of himself and all others similarly
situated

Birka-White Law Offices
178 E. Prospect Avenue
Danville, CA 94526
(925) 362-9999

- 3 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE